# UNITED STATES DISTRICT COURT

District of Maine

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

APR 11 2007

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

United States of America

V.

DOUGLAS HERSOM
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:  07cr33ph

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                            Place

_____ on _____
                          Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☒ (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Two Thousand Five Hundred ------------------------------------------------------------------ dollars ($ 2,500.00        )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☒ (6) The defendant is placed in the custody of:
   (Name of person or organization) _____Alicia Hersom_____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____[signature]_____    4/4/07
           Custodian or Proxy       Date

☒ (7) The defendant shall:
- ☒ (a) report to the _____U.S. Probation Office,_____ telephone number _207-780-3358,_ not later than AS DIRECTED.
- ☒ (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $2,500.00 unsecured appearance bond.
- ☐ (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____.
- ☐ (d) execute a bail bond with solvent sureties in the amount of $_____.
- ☐ (e) maintain or actively seek employment.
- ☐ (f) maintain or commence an education program.
- ☐ (g) surrender any passport to: _____
- ☒ (h) obtain no passport.
- ☒ (i) abide by the following restrictions on personal association, place of abode, or travel: reside at Knox Street, Lewiston, ME and have no contact with Timothy Giggey or juvenile, Troy L.
- ☒ (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
- ☐ (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
- ☐ (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of o'clock for employment, schooling, or the following limited purpose(s): _____
- ☐ (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
- ☒ (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ☒ (o) refrain from ☒ any ☐ ~~excessive~~ use of alcohol.
- ☒ (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ☒ (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Drug testing shall occur no less often than twice weekly.
- ☒ (r) participate in a program of outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- ☒ (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ☒ (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ☒ will ~~or will not~~ include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. For the purpose of 18 U.S.C. § 3062, home confinement will constitute restrictions on place of abode or travel.
   - ☐ (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or
   - ☒ (ii) **Home Detention.** You are restricted to your residence at all times except for appointments specifically pre-approved by the pretrial services office or supervising officer; or
   - ☐ (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- ☒ (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
- ☐ (v) _____
- ☐ (w) _____
- ☐ (x) _____

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)     any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

☒     The defendant is ORDERED released after processing.
☐     The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 4/11/07

_____
DAVID M. COHEN
U.S. Magistrate Judge

## ADDENDUM TO ORDER SETTING CONDITIONS OF RELEASE

### (Douglas Hersom)

In this case, in which the defendant has been indicted for malicious destruction by fire of property owned by an organization receiving federal financial assistance, in violation of 18 U.S.C. § 844(f), the government seeks to have the defendant detained based on its claim that he poses a risk of non-appearance and danger to other persons and the community. A detention hearing was held on April 4, 2007 and was re-opened earlier today for the purpose of receiving additional testimony.

I have read with care the indictment and the pretrial services report (including the defendant's lengthy criminal history). I have also heard and carefully considered the testimony of Patricia Ledoux, the pretrial services officer who authored the pretrial services report, ATF Special Agent John Morris (except for the portion thereof stricken with the agreement of both the government and the defendant), and Alicia Hersom, the defendant's wife. I have also fully considered the arguments of counsel. I conclude that there are conditions of release that will reasonably assure the defendant's appearance as required and the safety of other persons and the community and that the conditions contained in this Order Setting Conditions of Release are the least restrictive combination of conditions of release that will accomplish those purposes.

This addendum is incorporated into and made a part of the Order itself.